Stacey D. Adams (N.J. Bar No. 022481998)
**LITTLER MENDELSON, P.C.**
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
Attorneys for Defendant
    Booz Allen Hamilton, Inc.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANN-MARIE CRONIN,<br><br>           Plaintiff,<br><br>vs.<br><br>BOOZ ALLEN HAMILTON, INC., JESSICA KOZAK, SUZETTE MITCHELL, LESLIE ESPOSITO, JOHN DOES 1-10, JANE DOES 1-10 and ABC CORPORATIONS 1-10,<br><br>           Defendants. | Civil Action No. 3:18-cv-12642<br><br>*Electronically filed*<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, Booz Allen Hamilton, Inc. ("Defendant"), through its attorneys, Littler Mendelson, P.C., hereby discloses that it is a publicly-traded corporation and that its parent companies are Booz Allen Hamilton Investor Corporation and Booz Allen Hamilton Holding Corporation. As of this date, there is no publicly-held corporation owning 10% or more of Defendant's stock.

                                                            **LITTLER MENDELSON, P.C.**

Dated: August 10, 2018

                                                      */s/ Stacey D. Adams*
                                                      Stacey D. Adams, Esq.
                                                      Attorneys for Defendant
                                                      Booz Allen Hamilton, Inc.

Firmwide:156318525.1 070101.1047